UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GARY COMBS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 3:22-CV-209-KAC-JEM ) |
| MICHAEL PARRIS, STACEY OAKES, MR. JENCKS, EMILY OLROID, BRITTNEY HILL, and JERRY SPANGLER, | ) ) ) ) ) |
| Defendants. | ) ) ) |

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSED** this action under Federal Rule of Civil Procedure 41(b). Because the Court **CERTIFIED** in the Memorandum Opinion and Order that any appeal would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

**ENTER:**

                                                 s/ Katherine A. Crytzer
                                                KATHERINE A. CRYTZER
                                                United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
    CLERK OF COURT